IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD BARNES,

    Petitioner,                    No. 2:09-cv-0736-JFM (HC)

    vs.

KATHLEEN DICKINSON,

    Respondent.                  <u>ORDER</u>

                                   /

        Petitioner, a state prisoner proceeding pro se, filed this action on March 17, 2009 together with a request to proceed in forma pauperis. By order filed August 12, 2009, petitioner's original pleading was dismissed with leave to file either an amended civil rights complaint pursuant to 42 U.S.C. § 1983 or an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and ruling on petitioner's in forma pauperis application was deferred. On August 20, 2009, petitioner filed an amended petition for writ of habeas corpus.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

        The amended petition raises a claim that petitioner's right to due process was violated when a report containing false information was presented to and relied on by the California Board of Parole Hearings in denying petitioner a parole date, and a claim that without that false information there was insufficient evidence to support the denial of parole. Petitioner

may be entitled to the requested relief if the claimed violation of constitutional rights is proved. Accordingly, respondent will be directed to file an answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondent is directed to file an answer to the amended petition within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

5. The Clerk of the Court is directed to change the docket in this action to reflect that this action is proceeding as a habeas corpus action under 28 U.S.C. § 2254.

DATED: November 30, 2009.

UNITED STATES MAGISTRATE JUDGE

barn0736.100