IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD BARNES,

      Petitioner,                  No. 2:09-cv-0736-LKK-JFM (HC)

   vs.

KATHLEEN DICKINSON,

      Respondent.              <u>ORDER</u>

      Petitioner, a state prisoner proceeding pro se, has filed an application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). The court construes petitioner's application as including a timely filed notice of appeal from this court's July 13, 2010 denial of his motion for relief from the judgment entered in this action on April 7, 2010, dismissing his application for a writ of habeas corpus for failure to exhaust state remedies.

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1 Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether petitioner has exhausted state remedies.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 4, 2010 application for a certificate of appealability is construed as including a notice of appeal from this court's July 13, 2010 order;

2. Petitioner's August 4, 2010 application for a certificate of appealability is denied; and

3. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: September 23, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT